| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Covington, Virginia M | 2. Court or Organization<br><br>District Court--Middle Florida | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 N. Hogan St., Ste. 11-350<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Georgetown University Law Center |
| 2. Executor | Estate # 1 |
| 3. Executor | Estate # 2 (████ died September 2007) |
| 4. Trustee | Trust # 1, Trust # 2, and Trust # 3 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 11:04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Association of Women Lawyers | January 19-20, 2007 | Miami, Florida | Speaking Engagement | One night's lodging. |
| 2. | American Bar Association | June 22-27, 2007 | San Francisco, California | CLE (teaching) | Airfare, ground transportation, lodging, food, etc. |
| 3. | Florida Bar | June 28-29, 2007 | Orlando, Florida | CLE (teaching) | Personal automobile mileage, lodging, parking, food. |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Prudential Whole Life/Met Life (Y) *1 | | | | | Y | | | | |
| 3. Putnam Mutual Funds (Y) *1 | | | | | Y | | | | |
| 4. Florida Progress Savings Plan (Y) *1 | | | | | Y | | | | |
| 5. AT&T (Y) *2 | | | | | Y | | | | |
| 6. Robert Baird Money Market Fund (Y) *1 | | | | | Y | | | | |
| 7. TECO Savings Plan (Y) *1 | | | | | Y | | | | |
| 8. Capital World Growth & Income Fund (CWGCX) | A | Dividend | J | T | | | | | |
| 9. TECO Pension Plan (Y) *1 | | | | | Y | | | | |
| 10. Trust # 1, Trustee/Income Beneficiary | E | Distribution | P1 | W | | | | | |
| 11. --Lake Property, Hillsborough County, FL | D | Rent | N | Q | | | | | |
| 12. --Beach Property, Pinellas County, FL | E | Rent | P1 | Q | | | | | |
| 13. --Suntrust Bank Account | A | Interest | K | T | | | | | |
| 14. --A.G. Edwards Money Market Fund | A | Interest | J | T | | | | | |
| 15. --Centennial Money Market Trust | A | Interest | J | T | | | | | |
| 16. --Annaly Capital Management, Inc. Common Stock (NLY) | A | Dividend | J | T | | | | | |
| 17. --Cross Timbers Royalty Trust (CRT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Nuveen Income Portfolio (NXQ) | A | Dividend | J | T | | | | | |
| 19. --Income Fund of America (IFACX) | B | Distribution | K | T | | | | | |
| 20. Trust # 2 Trustee/Income Beneficiary *3 | E | Distribution | P1 | W | | | | | |
| 21. --Beach Condo, Pinellas County (X) *6 | A | Rent | N | Q | | | | | |
| 22. --A.G. Edwards Money Market Fund | A | Interest | J | T | | | | | |
| 23. --Centennial Money Market Trust | B | Interest | K | T | | | | | |
| 24. --MFS Inv. Grade Mun. Tr. (CXH) (formerly Colonial Inv.) | A | Distribution | J | T | | | | | |
| 25. --Crescent Real Estate Equities, Common Stock | A | Distribution | | | Redeemed | 8-06 | J | A | |
| 26. --Franklin Income Fund (FKINX) | A | Dividend | K | T | | | | | |
| 27. --Intl. Business Machines Corp. (IBM) | A | Dividend | J | T | | | | | |
| 28. --National Westminister Bank PLC, Preferred Shares | A | Dividend | | | Redeemed | 1-16 | J | A | |
| 29. --Nuveen Florida Investment Fund (NQF) | B | Dividend | K | T | | | | | |
| 30. --Van Kampen Invt. Muns. Tr. (VGM) | A | Dividend | J | T | | | | | |
| 31. --Capital Income Bldr. Fd. (CIBCX) | A | Dividend | K | T | | | | | |
| 32. --Income Fund of America (IFACX) | A | Dividend | J | T | | | | | |
| 33. --Sun Life Key Annuity *4 | B | Distribution | | | | | | | |
| 34. --TIAA Cref Annuity *4 | E | Distribution | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --Time Share Unit, Jackson County, North Carolina (Y) | | | | | Y | | | | |
| 36.  --USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 37.  --USAA Tax Exempt Intermed.-Term Fund | D | Dividend | M | T | | | | | |
| 38.  --Dryden High Yield Fund (PBHYX) | A | Interest | K | T | | | | | |
| 39.  --Intel Corp., Common Stock (INTC) | A | Dividend | K | T | | | | | |
| 40.  --Pioneer High Yield Fund (TBHYX) | B | Dividend | K | T | | | | | |
| 41.  --TCW Fds (TGMNX) | A | Dividend | K | T | | | | | |
| 42.  --VanGuard Tax Exempt FDS (VWITX) | A | Dividend | J | T | | | | | |
| 43.  --VanGuard Fixed Income Secs (VFIIX) | A | Dividend | J | T | | | | | |
| 44.  --Wal-Mart Stores (WMT) | A | Dividend | J | T | | | | | |
| 45.  --Centenial Money Market Fund | B | Dividend | K | T | | | | | |
| 46.  Washington Mutual Bank (X) *5 | A | Interest | K | T | X | | | | |
| 47.  Bank of America (X) *5 | A | Interest | K | T | X | | | | |
| 48.  Sun Trust (X) *5 | D | Interest | N | T | X | | | | |
| 49.  Centenial Money Mkt. Tr. (X) *5 | A | Dividend | K | T | X | | | | |
| 50.  CBL & Associates Properties Inc. (OKS) (X) *5 | A | Dividend | J | T | X | | | | |
| 51.  Oneok Partners (OKS) (X) *5 | A | Dividend | J | T | X | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,000 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sovran Self Storage (SSS) (X) *5 | A | Dividend | J | T | X | | | | |
| 53. UDR (UDR) (X) *5 | A | Dividend | K | T | X | | | | |
| 54. Income Fund of America (IFACX) (X) *5 | A | Dividend | K | T | X | | | | |
| 55. Altira Group (M●) (X) *5 | A | Dividend | J | T | X | | | | |
| 56. Gabelli Equity Trust (GAB) (X) *5 | A | Dividend | J | T | X | | | | |
| 57. Gabelli Healthcare (GRX) (X) *5 | A | Dividend | J | T | X | | | | |
| 58. Hrpt Ppty Tr Sbi (HRP) (X) *5 | A | Dividend | J | T | X | | | | |
| 59. Kraft Foods (KFT) (X) *5 | A | Dividend | J | T | X | | | | |
| 60. Regency Centers (REG) (X) *5 | A | Dividend | J | T | X | | | | |
| 61. Capital Income Bldr. Fd. (X) *5 | A | Dividend | K | T | X | | | | |
| 62. Income Fund of America (IFACX) (X) *5 | A | Dividend | K | T | X | | | | |
| 63. Annaly Capital Management Inc. (NLY) (X) *5 | A | Dividend | J | T | X | | | | |
| 64. Nuveen Quality Preferred (JTP) (X) *5 | A | Dividend | J | T | X | | | | |
| 65. Nuveen Florida Investment Fund (NQF) (X) *5 | A | Dividend | J | T | X | | | | |
| 66. DWS Municipal Trust Fund (SMLAX) (X) *5 | A | Dividend | J | T | X | | | | |
| 67. USAA Tax Exempt Int. Fund (X) *5 | D | Dividend | M | T | X | | | | |
| 68. BROKERAGE ACCOUNT # 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --ADBE | | | J | T | Buy | 5-31 | J | | |
| 70.  --AMX | A | Dividend | J | T | Buy | 10-11 | J | | |
| 71.  --BDX | | | J | T | Buy | 12-3 | J | | |
| 72.  --BUCY | A | Dividend | | | Buy | 6-26 | J | | |
| 73.  --BUCY | | | | | Sell | 8-16 | J | A | |
| 74.  --DBA | | | J | T | Buy | 12-18 | J | | |
| 75.  --DIA | A | Dividend | | | Buy | 3-8 | J | | |
| 76.  --DIA | | | | | Sell | 3-22 | J | A | |
| 77.  --EEB | A | Dividend | J | T | Buy | 8-24 | J | | |
| 78.  --EEM | | | J | T | Buy | 10-5 | J | | |
| 79.  --EFA | | | | | Buy | 3-21 | J | | |
| 80.  --EFA | | | | | Sell | 7-27 | J | A | |
| 81.  --EMC | | | J | T | Buy | 4-19 | J | | |
| 82.  --EWA | | | | | Buy | 5-23 | J | | |
| 83.  --EWA | | | | | Sell | 8-15 | J | A | |
| 84.  --EWG | | | J | T | Buy | 5-23 | J | | |
| 85.  --EWH | | | J | T | Buy | 8-23 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --EWM | | | | | Buy | 4-20 | J | | |
| 87. --EWM | | | | | Sell | 8-3 | J | A | |
| 88. --EWM | | | J | T | Buy | 4-20 | J | | |
| 89. --EWM | | | J | T | Buy | 4-24 | J | | |
| 90. --EWM | | | J | T | Buy | 8-23 | J | | |
| 91. --EWO | | | | | Buy | 3-30 | J | | |
| 92. --EWO | | | | | Sell | 7-26 | J | A | |
| 93. --EWP | | | | | Buy | 2-1 | J | | |
| 94. --EWP | | | | | Sell | 3-5 | J | A | |
| 95. --EWS | | | | | Buy | 2-1 | J | | |
| 96. --EWS | | | | | Buy | 4-24 | J | | |
| 97. --EWS | | | | | Sell | 8-16 | J | A | |
| 98. --EWW | | | | | Buy | 2-1 | J | | |
| 99. --EWW | | | | | Buy | 5-31 | J | | |
| 100. --EWW | | | | | Sell | 7-27 | J | A | |
| 101. --EWY | | | | | Buy | 9-18 | J | | |
| 102. --EWY | | | | | Sell | 12-17 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --EWZ | | | | | Buy | 10-23 | J | | |
| 104. --EWZ | | | | | Sell | 11-28 | J | A | |
| 105. --EZA | | | | | Buy | 4-2 | J | | |
| 106. --EZA | | | | | Buy | 6-14 | J | | |
| 107. --EZA | | | | | Sell | 8-14 | J | A | |
| 108. --EZA | | | | | Sell | 8-15 | J | A | |
| 109. --FBT | | | | | Buy | 4-11 | J | | |
| 110. --FBT | | | | | Sell | 8-1 | J | A | |
| 111. --FXE | A | Interest | | | Buy | 3-13 | J | | |
| 112. --FXE | | | | | Sell | 5-23 | J | A | |
| 113. --FXI | | | | | Buy | 6-7 | J | | |
| 114. --FXI | | | | | Sell | 8-15 | J | A | |
| 115. --FXY | | | | | Buy | 8-16 | J | | |
| 116. --FXY | | | | | Sell | 10-5 | J | A | |
| 117. --GDX | | | | | Buy | 3-16 | J | | |
| 118. --GDX | | | | | Sell | 5-23 | J | A | |
| 119. --GDX | | | | | Buy | 9-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --GDX | | | | | Sell | 12-17 | J | A | |
| 121. --HON | A | Dividend | J | T | Buy | 8-3 | J | | |
| 122. --IAK | A | Dividend | | | Buy | 4-25 | J | | |
| 123. --IAK | | | | | Buy | 8-22 | J | | |
| 124. --IAK | | | | | Sell | 10-23 | J | A | |
| 125. --IAU | | | | | Buy | 2-1 | J | | |
| 126. --IAU | | | | | Sell | 6-20 | J | A | |
| 127. --ICF | A | Dividend | | | Buy | 2-1 | J | | |
| 128. --ICF | | | | | Sell | 4-25 | J | A | |
| 129. --IDU | A | Dividend | J | T | Buy | 2-1 | J | | |
| 130. --IEZ | A | Dividend | J | T | Buy | 8-31 | J | | |
| 131. --IGE | | | | | Buy | 3-28 | J | | |
| 132. --IGE | | | | | Sell | 8-6 | J | A | |
| 133. --IGN | A | Dividend | J | T | Buy | 7-5 | J | | |
| 134. --IGV | | | J | T | Buy | 10-31 | J | | |
| 135. --IGW | A | Dividend | | | Buy | 4-18 | J | | |
| 136. --IGW | | | | | Sell | 12-12 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. --IHE | A | Dividend | | | Buy | 7-25 | J | | |
| 138. --IHE | | | | | Sell | 10-31 | J | A | |
| 139. --ILF | | | | | Buy | 2-1 | J | | |
| 140. --ILF | | | | | Sell | 8-15 | J | A | |
| 141. --INP | | | | | Buy | 2-2 | J | | |
| 142. --INP | | | | | Sell | 3-5 | J | A | |
| 143. --INP | | | | | Buy | 3-21 | J | | |
| 144. --INP | | | | | Sell | 5-10 | J | A | |
| 145. --INP | | | J | T | Buy | 10-11 | J | | |
| 146. --ITA | A | Dividend | | | Buy | 3-23 | J | | |
| 147. --IWS | | | | | Buy | 4-24 | J | | |
| 148. --IWS | | | | | Sell | 7-23 | J | A | |
| 149. --IXN | | | J | T | Buy | 8-8 | J | | |
| 150. --IYM | | | | | Buy | 4-24 | J | | |
| 151. --IYM | | | | | Sell | 8-15 | J | A | |
| 152. --IYZ | A | Dividend | | | Buy | 5-21 | J | | |
| 153. --IYZ | | | | | Buy | 8-23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --IYZ | | | | | Sell | 10-5 | J | A | |
| 155. --JKH | | | J | T | Buy | 10-5 | J | | |
| 156. --MAN | A | Dividend | | | Buy | 3-23 | J | | |
| 157. --MAN | | | | | Sell | 7-25 | J | A | |
| 158. --MDY | | | | | Buy | 4-27 | J | | |
| 159. --MDY | | | | | Sell | 7-23 | J | A | |
| 160. --MVV | | | | | Buy | 2-2 | J | | |
| 161. --MVV | | | | | Sell | 3-5 | J | A | |
| 162. --QID | | | | | Buy | 3-14 | J | | |
| 163. --QID | | | | | Sell | 3-26 | J | A | |
| 164. --RSP | A | Dividend | | | Buy | 3-22 | J | | |
| 165. --RSP | | | | | Sell | 8-16 | J | A | |
| 166. --SCC | | | | | Buy | 8-6 | J | | |
| 167. --SCC | | | | | Sell | 8-22 | J | A | |
| 168. --SDD | | | | | Buy | 3-5 | J | | |
| 169. --SDD | | | | | Sell | 3-21 | J | A | |
| 170. --SHY | A | Dividend | | | Buy | 3-5 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. --SHY | | | | | Sell | 5-23 | J | A | |
| 172. --SHY | A | Dividend | | | Buy | 8-15 | J | | |
| 173. --SHY | | | | | Partial Sell | 10-3 | J | A | |
| 174. --SHY | | | | | Sell | 10-9 | J | A | |
| 175. --SKF | | | | | Buy | 7-27 | J | | |
| 176. --SKF | | | | | Sell | 7-31 | J | A | |
| 177. --SLX | A | Dividend | J | T | Buy | 3-12 | J | | |
| 178. --TWM | | | | | Buy | 7-23 | J | | |
| 179. --TWM | | | | | Sell | 8-22 | J | B | |
| 180. --VOX | A | Dividend | J | T | Buy | 10-5 | J | | |
| 181. --WDC | | | J | T | Buy | 12-3 | J | | |
| 182. --XLE | | | J | T | Buy | 10-5 | J | | |
| 183. --XME | A | Dividend | | | Buy | 4-23 | J | | |
| 184. --XME | | | | | Sell | 6-27 | J | A | |
| 185. --Brokerage # 1 Cash Account | A | Interest | J | T | Deposit | 1-31 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII

*1. Judge Covington was divorced in December 2006. These assets were previously reported because they belonged to Judge Covington ▮▮▮▮ during the marriage. Now, these assets belong solely to Judge Covington ▮▮▮▮

*2. This asset belongs to Judge Covington ▮▮▮▮▮▮. This asset was previously reported because it was owned by Judge Covington ▮▮▮ during that ▮▮▮▮

*3. The assets held in Trust # 2 were previously reported as held in Trust # 1, even though they have always been held in Trust # 2. These should have been reported as technically two separate trusts.

*4. The annuitant died in September 2007, and thus these annuities ceased paying benefits.

*5. Judge Covington inherited these assets from ▮▮▮ who died in September 2007.

*6. This asset became rent-earning in December 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

(904) 549-1970 PHONE



VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

July 29, 2008

Judge Ortie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, Northeast
Washington, D.C. 20544

Re: Amendment to Calendar Year 2007 Financial Disclosure Report

Dear Judge Smith:

Thank you for your letter of July 3, 2008, requesting additional information for my 2007 financial disclosure report. Please consider this letter an amendment to my financial disclosure report.

In your letter, you state that I listed three positions in Part I without making reference to those positions in Part VII. Specifically, I listed positions as executor of Estate # 1 and Estate # 2, and trustee of Trust # 3. All of the assets of Estate # 1 and Estate # 2 as well as Trust # 3 have been listed in Part VII. The assets listed as assets of Trust # 1, lines 11–19, are also the assets of Estate # 1. There are no additional assets that are part of Estate # 1 that were not disclosed or listed. While ██████ has been deceased for over four years and I have not had to take on any tasks as executor of his estate this past year, I nevertheless felt obligated to make the disclosure. The assets listed as assets of Trust # 2 and Trust # 3 are also assets of Estate # 2. There are no additional assets that are part of Estate # 2 that were not disclosed or listed. ██████ died in September of 2007 and I am the executor of her estate. Her estate consists of Trust # 2 and Trust # 3. These assets are disclosed on lines 21 through 45 and 46 through 67. Trust # 3 was a revocable trust that ceased to exist in that capacity upon ██████ death. The only asset that is part of the estate that was not disclosed is our residence.

You also indicate that I listed in Part VII value method code Q (appraisal) for three properties without including the date of the appraisal. The date of the valuation for all three properties is January 1, 2008.

You further note that I listed three assets in Part VII that were neither listed in my report for calendar year 2006 nor listed along with an explanation of why they became reportable on my 2007 report. These assets were in fact reported on my 2006 financial disclosure report. The asset reported on my 2007 report as "A.G. Edwards Money Market Fund" was listed in Part VII, page 4, line 15,

of my 2006 report. The asset reported on my 2007 report as "Capital Income Bldr. Fd." was listed in Part VII, page 6, line 44, of my 2006 report as "American Funds Capital Income Builder Fund, Class C Shares." The asset reported on my 2007 report as "Income Fund of America" was listed in Part VII, page 5, line 29, of my 2006 report as "Income Fund of America, Mutual Fund, Class C."

You may note that the Capital Income Bldr. Fd. is reported on my 2007 report as an asset of Trust # 2, while the fund was not listed as part of a trust on my 2006 report. This was an oversight. This fund has always been an asset of Trust # 2.

You further state that in Part VII, I did not report an income amount or income type code for forty-three assets. With one exception, this is because these assets produced no income during calendar year 2007. Accordingly, I should have listed "None" in column B(2) for each of these assets but one. On page 13, line 157, I listed the asset MAN without listing an income amount or type. This is because I listed the income amount and type for this asset on the preceding line, line 156. The income amount code was A, and the income type was dividend.

In making this response, I assume that your letter contained a scrivener's error. Your letter identifies four of these forty-three assets as reported on page 11 of my report. The first such asset is identified as reported on line 112. Line 112 is actually on page 10 of my report, and lists an asset for which an income amount and type was reported. The first line on page 11 is actually line 120, and line 120 lists an asset for which no income was reported. Thus, I assumed when your letter identified line 112, it actually meant to identify line 120. In case my assumption is wrong, I am also including information about the asset reported on line 112. On line 112, I listed the asset FXE without listing an income amount or type. This is because I listed the amount and type for this asset on the preceding line, line 111. The income amount code was A, and the income type was interest.

You note that in Part VII, page 12, line 146, I failed to complete Column C for the asset ITA. For this asset, I should have reported value code J and value method code T.

Finally, you note that I reported Brokerage # 1 Cash Account in Part VII, page 14, line 185, without listing the brokerage company where this cash account is maintained. It appeared this was authorized by page 37 of the filing instructions, which authorizes brokerage accounts to be listed in that manner for security reasons. In any case, the brokerage company is Wachovia.

Thank you for your kind assistance in this matter. If you require any further information, please do not hesitate to contact me.

